IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL A. DANIEL and <br> DEANNA CRITTENDEN DANIEL, <br> <br> Appellants, <br> <br> v. <br> <br> CURTIS C. REDING, <br> <br> Appellee. | ) <br> ) <br> ) <br> ) CASE NO. 2:12-CV-561-WKW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of the Motion to Dismiss Appeal (Doc. # 5), filed by Appellants Michael A. Daniel and Deanna Crittenden Daniel, it is ORDERED that the motion is GRANTED, and that the appeal is DISMISSED.

The Clerk of the Court is DIRECTED to close this case.

DONE this 27th day of August, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE